IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

No. C 

Craig Kenneth Martin - #074750

_____/

**ORDER TO SHOW CAUSE**

It appearing that Craig Kenneth Martin has been disbarred by the Supreme Court of California effective August 21, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before **November 12, 2010** as to why Craig Kenneth Martin should not be removed from the roll of attorneys authorized to practice before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Craig Kenneth Martin
Attorney At Law
35 Grove St Ste 110
San Francisco, CA 94102