FILED

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 10 80244 MISC VRW |
| Craig Kenneth Martin, | ORDER |
| State Bar No 074750 | |

On October 7, 2010, the court issued an order to show cause (OSC) why Craig Kenneth Martin should not be removed from the roll of attorneys authorized to practice law before this court, based upon his disbarment by the Supreme Court of California, effective August 21, 2010.

The OSC was mailed to Mr Martin's address of record with the State Bar on October 8, 2010. A written response was due on or before November 12, 2010. No response to the OSC has been filed as of this date.

The court now orders Craig Kenneth Martin removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

    Craig Kenneth Martin

_____/

Case Number: CV10-80244 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Craig Kenneth Martin
35 Grove Street, Ste 110
San Francisco, CA 94102

Dated: December 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*